IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-143 |
| | ) | |
| RANDY LEE CARVER and | ) | |
| CHARLES LYNN LATHAM | ) | |

## O R D E R

The United States and defendant Charles Lynn Latham are directed to respond <u>no later than</u> **November 27, 2018**, to the motion to continue trial [doc. 19] filed by defendant Randy Lee Carver.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge